No. 19,418.

VIRGINIA LEE BYERLY, *Appellant,* v. ROBERT EADIE et al., *Appellees.*

OPINION ON MOTION TO MODIFY JUDGMENT.

Appeal from Greeley district court; ALBERT S. FOULKS, judge. Opinion on motion to modify judgment filed July 10, 1915. Motion allowed in part and denied in part. (For original opinion of reversal see 95 Kan. 400, 148 Pac. 757.)

*Clement L. Wilson,* of Tribune, and *Mayo Thomas,* of Elkhart, for the appellant.

*W. M. Glenn,* of Tribune, for the appellees.

*Per Curiam:* The defendants' motion to modify the judgment and to order a retrial of certain issues raised by the answer and cross-petition is allowed in part and denied in part. None of the issues respecting the title to the real estate is to be retried, but the cause will be remanded with directions to enter judgment in plaintiff's favor and to determine the rights of defendants, if any, to a lien for taxes.